[No. 16948-1-III.   Division Three.   January 7, 1999.]

LILTON L. GREEN, *Appellant*, v. BOISE CASCADE CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 94-2-00150-8, Donald W. Schacht, J., entered October 27, 1997. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, A.C.J., and Sweeney, J.

[No. 21266-8-II.   Division Two.   January 8, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MATHEW L. DRAGOO, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 95-1-00423-0, F. Mark McCauley, J., entered October 16, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 21627-2-II.   Division Two.   January 8, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. AMANSIO BUCIO DUARTE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-03086-6, Karen L. Strombom, J., entered February 5, 1997. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, A.C.J., and Hunt, J.

[No. 21715-5-II.   Division Two.   January 8, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DIANA L. POWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 96-1-00307-0, David E. Foscue, J., entered February 24, 1997. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Seinfeld and Bridgewater, JJ.